**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Chukwuma E. Azubuko

    v.                                Case No. 06-mc-062-SM

All Defendants

**O R D E R**

Plaintiff's latest complaint fails to establish subject matter jurisdiction and there clearly is no personal jurisdiction. The Clerk is ordered to reject the filing in accordance with Chief Judge McAuliffe's order of November 28, 2006.

    **SO ORDERED.**

                              _____
                              James R. Muirhead
                              United States Magistrate Judge

Date: December 8, 2006

cc:    Chukwuma E. Azubuko, pro se