## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

    v.                               Case No. 06-mc-062-SM

Barbara E. McGann, et al

### O R D E R

Azubuko knowingly persists in filing suits against persons not subject to this court's jurisdiction. Filing is not approved. Clerk is directed to not file it.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 13, 2006

cc:    Chukwuma E. Azubuko, *pro se*